**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-7030**

LEE THOMAS RIVERS, JR.,

Plaintiff - Appellant,

versus

GLENN CAMPBELL, Sheriff, Darlington County
Sheriff Department; CALVIN JACKSON,
Investigator, Darlington County Sheriff
Department; L. C. BRADDOCK, Investigator,
Darlington County Sheriff Department; J. C.
MCLEOD, Investigator, Darlington County
Sheriff Department,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   David C. Norton, District Judge.
(CA-05-708-3)

Submitted:  November 30, 2005      Decided:  December 12, 2005

Before WILKINSON, WILLIAMS, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lee Thomas Rivers, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lee Thomas Rivers, Jr., appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his civil action under 42 U.S.C. § 1983 (2000) without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Rivers v. Campbell, No. CA-05-708-3 (D.S.C. June 15, 2005). We deny Appellant's request to substitute counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED